**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. _____ |
| Plaintiff, | **COUNT ONE**: |
| | ***Possession with Intent to Distribute 5 Grams*** |
| v. | ***of Methamphetamine (Actual)*** |
| | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) |
| ARMARD R. SHIELDS, | NLT:  5 Years Imprisonment |
| [DOB:  12/03/1980], | NMT: 40 Years Imprisonment |
| | NMT:  $5,000,000 Fine |
| Defendant. | NLT:  4 Years Supervised Release |
| | $100 Mandatory Special Assessment |
| | Class B Felony |
| | |
| | **COUNT TWO:** |
| | ***Felon in Possession of a Ammunition*** |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| | NMT:  10 Years Imprisonment |
| | NMT:  $250,000 Fine |
| | NMT:  3 Years Supervised Release |
| | $100 Mandatory Special Assessment |
| | Class C Felony |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about May 18, 2019, within the Western District of Missouri, the defendant

ARMARD R. SHIELDS, did knowingly and intentionally possess with intent to distribute five (5)

grams and more of methamphetamine (actual), a Schedule II controlled substance. All in violation

of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## <u>COUNT TWO</u>

On or about November 1, 2019, in the Western District of Missouri, the defendant, Armard R. Shields, knowing he had been previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, to wit: eight (8) rounds of .25 caliber ammunition, and the ammunition was in and affecting commerce. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.


1/8/2020                                         */s/ Pamela Carter-Smith*
DATE                                              FOREPERSON OF THE GRAND JURY


*/s/ Caleb J. Aponte*
Caleb J. Aponte
Special Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri