IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:20-cr-00010 |
| ) | |
| ARMARD R. SHIELDS, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO CONTINUE TRIAL & RESET PRETRIAL CONFERENCE DATE**

Defendant Armard R. Shields, by and through undersigned counsel, respectfully moves this Court for an Order continuing the trial setting in this matter, which is currently scheduled to begin on July 12, 2021. Mr. Shields respectfully requests a late September 2021 trial setting[1] in order to allow time for counsel and defendant to continue discussions regarding possible options for an alternative resolution to trial.

In further support of this motion, Mr. Shields states as follows:

**Procedural Background**

1. Mr. Shields was charged by way on an Indictment on January 8, 2020 with the following: possession with intent to distribute five grams of methamphetamine (actual), which is a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and being a convicted felon in possession of ammunition, which is a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). (Doc. #1).

2. Counsel for Mr. Shields was appointed to represent Mr. Shields on September 16, 2020. (Doc. #6).

---

[1] Joint Accelerated Criminal Trial Docket Date: September 27, 2021.

1

3. On September 21, 2020, Mr. Shields was arraigned on the two charges contained within the Indictment. Following a detention hearing, Mr. Shields was released on a $10,000 unsecured bond with a court-approved co-signor. Mr. Shields has remained compliant with all conditions of his release. (Doc. #10).

5. Mr. Shields has twice moved to continue trial in this case. (Doc. #15 & Doc. #20).

### Update on Status of Discussions and Suggestions in Support of Trial Continuance

6. The pretrial status conference in this case is scheduled for **June 22, 2021**. Trial is scheduled to begin on **July 12, 2021**. Counsel has received and reviewed the discovery with Mr. Shields, which is not voluminous. Undersigned counsel and Mr. Shields are also engaged in discussions with the government regarding a possible alternative resolution to trial.

Unfortunately, logistical and scheduling challenges related to an in-person meeting with Mr. Shields has taken more time to coordinate than anticipated. Mr. Shields and counsel were able to have an in-person meeting on June 21, 2021. However, as a result of that discussion, both counsel and the defendant believe more time is necessary to continue discussions with the government regarding resolution of the case.

### Defendant Understands His Speedy Trial Rights

7. Counsel and Mr. Shields discussed his speedy trial rights in person on June 21, 2021. Mr. Shields indicated he was aware of his right to proceed to trial in July 2021 and understands that if the Court were to grant this request, the trial date could be continued to late September 2021.

Counsel has conferred with Mr. Shields regarding the requirements of 18 U.S.C. §3161 and his right to a speedy trial. After careful consideration, Mr. Shields agreed to waive his

speedy trial rights, believing that his interest in being able to fully present his defense at trial or discuss alternative options for resolution with his currently appointed lawyer trumps his desire to resolve this matter in a more expeditious fashion. Accordingly, Mr. Shields is requesting pursuant to 18 U.S.C. 3161 (h)(7)(A), that the trial in this matter be continued to September of 2021 in order to be able to give counsel and the defendant time to discuss an alternative resolution and/or prepare for trial, which is in the interests of justice.

## Government Position on Continuance Request

8. Counsel reached out to the government for their position on a continuance of the trial date via email. However, as of the filing of this motion their position is <u>unknown</u>.

## Resetting Deadlines

9. If the Court grants the continuance request, then the current pretrial conference of June 22, 2021 should also be reset to a date closer in time to the new trial setting.

**WHEREFORE**, for the reasons stated above, Mr. Shields requests that his Motion to Continue Trial be granted and any other relief this Court deems appropriate.

Respectfully Submitted,

/s/ Shazzie Naseem
Shazzie Naseem, MO Bar #59142
Berkowitz Oliver LLP
2600 Grand Blvd., Suite 1200
Kansas City, MO 64108
816-561-7007 Telephone
Email: snaseem@berkowitzoliver.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on June 21, 2021, this Motion was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Shazzie Naseem